Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Twanda Renee Davis**                                    **Docket No. 02-00019-006 Erie**

### Petition on Probation

     COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Twanda Renee Davis, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 5th day of December 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in the amount determined by the probation officer, but not to exceed the actual cost.
- The defendant shall submit to one drug urinalysis within 15 days of his being placed on supervised release and at least two periodic tests thereafter.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- The defendant shall make monthly restitution payments of not less than 10 percent of the defendant's gross income.
- The defendant shall pay a special assessment of $100.
- The defendant shall pay $1,217 in restitution.

<u>12/05/02</u>:     Conspiracy to Defraud the United States; 3 years' probation; Currently supervised by U.S. Probation Officer Matthew L. Rea.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

     Your Petitioner reports that Ms. Davis was unable to be employed during her supervision due to medical conditions and is now receiving social security disability income for her mental health diagnosis. The defendant paid $136 toward her restitution when she was able and has a balance of $1,081. Ms. Davis does not have the ability to pay the balance of restitution in full prior to the expiration of her term of probation on December 4, 2005. Therefore, it is respectfully recommended that the case be allowed to close with money owing.

U.S.A. vs. Twanda Renee Davis
Docket No. 02-00019-006 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of probation imposed at Criminal No. 02-00019-006 Erie be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2005

ORDER OF COURT

Considered and ordered this 20th day of October, 2005 and ordered filed and made a part of the records in the above case.

Maurice B. Cohill, Jr.
Senior U.S. District Judge

Matthew L. Rea
U.S. Probation Officer

Gerald R. Buban
Supervising U.S. Probation Officer

Place: Erie, PA